IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Perry and Loretta Singleton , <br><br> PLAINTIFFS, <br><br> v. <br><br> Auto-Owners Insurance Company, <br><br> DEFENDANT. | C/A No.: 9:13-cv-2748-SB <br><br> **ANSWER** <br><br> **(Jury Trial Demanded)** |

**TO:   R. ALEXANDER MURDAUGH, ATTORNEY FOR PLAINTIFFS:**

The Defendant, Home-Owners Insurance Company, incorrectly named Auto-Owners Insurance Company (hereinafter "the Defendant"), answering the Plaintiff's Complaint would allege and show as follows:

1.     The Defendant denies each and every allegation not specifically admitted hereinafter and demands strict proof thereof.

2.     Upon information and belief, the Defendant admits the allegations in Paragraph 1.

3.     The Defendant admits the allegations in Paragraph 2.

4.     The Defendant admits so much of Paragraph 3 that states that Plaintiffs entered into a contract of insurance with Home-Owners Insurance Company, incorrectly named Auto-Owners Insurance Company.  Further answering, the Defendant would allege and show that the contract speaks for itself.

5.     Upon information and belief, the Defendant admits so much of Paragraph 4

- 1 -

that states that on or about April 2013 the Plaintiffs suffered a loss and that a portion of the loss was covered and paid by Home-Onwers Insurance Company; but the Defendant denies the remaining allegations of Paragraph 4.

6. The Defendant denies the allegations in Paragraph 5.

7. The Defendant admits so much of Paragraph 6 that states that Plaintiffs have made a demand for payment under the policy; but the Defendant denies the remaining allegations of Paragraph 6.

8. The Defendant denies the allegations in Paragraph 7.

9. Paragraph 8 of Plaintiff's Complaint contains no allegations against the Defendant and therefore no answer is required.  To the extent an allegation of fact is alleged , the Defendant denies same.

10. The Defendant denies the allegations in Paragraph 9 and 10.

WHEREFORE, the Defendant, having fully answered the Plaintiff's Complaint, prays that this action be dismissed with costs to the Plaintiff.

- 3 -

                        GRIFFITH, SADLER & SHARP, P.A.

          By:    <u>s/ E. Mitchell Griffith</u>
                E. Mitchell Griffith
                Federal ID #2469
                Kelly D. Dean
                Federal ID #10109
                600 Monson Street
                PO Drawer 570
                Beaufort, SC 29901
                843-521-4242
                843-521-4247 (fax)
                mgriffith@griffithsadlersharp.com
                kdean@griffithsadlersharp.com

                ATTORNEYS FOR DEFENDANT

October 9, 2013
Beaufort, South Carolina